# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

138815 & (51)

TAMMY JOHNSON, Guardian of NANCY
EASTMAN, a Legally Incapacitated Person,
Plaintiff-Appellant,

v

WAUSAU INSURANCE COMPANY and
NATIONWIDE INDEMNITY, INC.,
Defendants-Appellees,
and

LIBERTY MUTUAL INSURANCE
COMPANY and ASSIGNED CLAIMS
FACILITY,
Defendants.
_____/

SC: 138815
COA: 281624
Genesee CC: 06-084203-NF

On order of the Court, the application for leave to appeal the March 24, 2009 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and the October 11, 2007 order of the Genesee Circuit Court and we REMAND this case to the Genesee Circuit Court for reconsideration in light of *Univ of Mich Regents v Titan Ins Co*, 487 Mich ___ (2010) (Docket No. 136905). The motion for miscellaneous relief is GRANTED.

CORRIGAN, J. (*concurring*).

I continue to adhere to the analyses set forth in Justice MARKMAN's dissenting opinion in *Univ of Mich Regents v Titan Ins Co*, 487 Mich ___ (2010), and my statement dissenting from the denial of rehearing in that case, ___ Mich ___ (2010) (October 15, 2010).

YOUNG, J. (*concurring*).

Although I concur in this Court's decision to remand this case in light of *Univ of Mich Regents v Titan Ins Co*, 487 Mich ___ (2010), I continue to adhere to the positions stated in Justice MARKMAN's dissenting opinion in that case, which I joined.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

Clerk

p1018